1  Cyrus Safa
   Attorney at Law: 13241
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail cyrus.safa@rohlfinglaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook & Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail: LMoreno@shookandstone.com

10 Attorneys for Plaintiff
   VERONICA McMILLIN

11

12

13                **UNITED STATES DISTRICT COURT**

14                      **DISTRICT OF NEVADA**

15

16

17 VERONICA McMILLIN,            ) Case No.: 2:17-cv-02130-APG-GWF
                                 )
18        Plaintiff,             ) STIPULATION TO EXTEND
                                 ) BRIEFING SCHEDULE
19    vs.                        )
                                 )
20 CAROLYN W. COLVIN, Acting     )
                                 )
21 Commissioner of Social Security, )
                                 )
22        Defendant              )
                                 )
23

24     Plaintiff Veronica McMillin ("Plaintiff") and defendant Carolyn Colvin,

25 Commissioner of Social Security ("Defendant"), through their undersigned counsel

26 of record, hereby stipulate, subject to the approval of the Court, to extend the time

for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to January 15, 2018; and that Defendant shall have until February 14, 2018, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due March 6, 2017.

///

///

An extension of time for plaintiff is needed to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: November 16, 2017,  Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*
BY: _____
Cyrus Safa
Attorney for plaintiff VERONICA McMILLIN,

DATED: November 16, 2017  STEVEN W. MYHRE
Acting United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/S/- Michael K. Marriott*

_____
Michael K. Marriott
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS SO ORDERED:

_____/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/20/2017