Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
VERONICA MCMILLIN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA MCMILLIN | Case No.: 2:17-cv-02130-APG-GWF |
| Plaintiff, | STIPULATION TO EXTEND TIME BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Plaintiff Veronica McMillin and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time to February 20, 2018 for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand; and that Defendant shall have until March 22, 2018, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due April 11, 2017.

///

Counsel requires an extension in order to properly present the issues in the administrative record and as a result of the press of the Holiday Season and the fact that Counsel, which this matter is assigned to, is a widower with two children ages ten and eight who required care. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Veronica McMillin

DATE: January 23, 2018          STEVEN W. MYHRE
Acting United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Michael K. Marriott*

BY: _____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: 1/25/2018

IT IS SO ORDERED:   _____*George Foley Jr*_____
UNITED STATES MAGISTRATE JUDGE